# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-6970

**Case Name** Roe et. al v. Sjolander

**Counsel submitting this form** Nathan Arrowsmith

**Represented party/parties** Defendant

*Briefly describe the dispute that gave rise to this lawsuit.*

This case is a class action under 42 U.S.C. section 1983 in which the Plaintiffs asserted that Arizona Revised Statute section 36-337(A)(3) and Arizona Administrative Code R9-19-208(O) violate the Due Process and Equal Protection clauses of the Fourteenth Amendment to the United States Constitution.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

The district court entered summary judgment in favor of the Plaintiff class, finding that A.R.S. section 36-337(A)(3) and Ariz. Admin. Code R9-19-208(O) on their face violate the Due Process and Equal Protection clauses of the Fourteenth Amendment to the United States Constitution. The district court also entered a permanent injunction barring Defendant from applying the word "operation" in the statute and rule. Defendant has filed an appeal because she believes that (1) the district court erred in concluding that the statute and the rule are facially unconstitutional and (2) the district court's permanent injunction exceeds the district court's authority and improperly rewrites the statute.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Plaintiffs have indicated that they intend to seek an award of attorneys' fees and have obtained an extension of the deadline to file an application. Additionally, on October 20, 2025, the President of the Arizona Senate and the Speaker of the Arizona House of Representatives filed a post-judgment motion to intervene in the district court. The post-judgment intervention motion is not fully briefed and remains pending. The proposed intervenors also lodged a motion to stay the Court's final judgment pending appeal and a motion to extend the deadline to file a notice of appeal.

**Signature** s/ Nathan T. Arrowsmith    **Date** 11/10/2025
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**    *Rev. 09/01/22*