**No. 25-6970**
**Oral Argument: April 13, 2026**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

HELEN ROE, a minor, by and through parent and next friend Megan Roe; et al.,

*Plaintiffs - Appellees*,

v.

DEBORAH JOHNSTON, in her official capacity as State Registrar of Vital Records and Interim Director of the Arizona Department of Health Services,

*Defendant - Appellant.*

*Consolidated with* **No. 25-6980**

HELEN ROE, a minor, by and through parent and next friend Megan Roe; et al.,

*Plaintiffs - Appellees*,

v.

DEBORAH JOHNSTON, in her official capacity as State Registrar of Vital Records and Interim Director of the Arizona Department of Health Services,

*Defendant - Appellee*,

v.

WARREN PETERSEN, President of the Arizona State Senate; STEVE MONTENEGRO, Speaker of the Arizona House of Representatives,

*Intervenor-Defendants - Appellants.*

On Appeal from the United States District Court
for the District of Arizona, No. 4:20-cv-00484

## ADDENDUM TO
## INTERVENOR-DEFENDANTS - APPELLANTS' OPENING BRIEF

Justin D. Smith
Michael C. Martinich-Sauter
JAMES OTIS LAW GROUP, LLC
530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
(816) 678-2103
Justin.Smith@james-otis.com
*Counsel for Intervenor-Defendants - Appellants*

**<u>TABLE OF CONTENTS</u>**

U.S. Const. amend. XIV, § 1 ............................................................................1

A.R.S. § 36-337(A) ..........................................................................................2

A.A.C. § R9-19-208(O) ...................................................................................3

## **U.S. Constitution amendment XIV, § 1**

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

1

## Arizona Revised Statutes § 36-337(A)

The state registrar shall amend the birth certificate for a person born in this state when the state registrar receives any of the following:

1. Except as provided in subsection D of this section, an adoption certificate or a court order for adoption required pursuant to § 36-336.

2. A voluntary acknowledgment of paternity pursuant to § 25-812.

3. For a person who has undergone a sex change operation or has a chromosomal count that establishes the sex of the person as different than in the registered birth certificate, both of the following:

   (a) A written request for an amended birth certificate from the person or, if the person is a child, from the child's parent or legal guardian.

   (b) A written statement by a physician that verifies the sex change operation or chromosomal count.

4. A court order ordering an amendment to a birth certificate.

2

## Arizona Administrative Code § R9-19-208(O)

To request an amendment to an individual's registered birth record when the individual has undergone a sex change operation or has had a chromosomal count that establishes the sex of the individual as different than in the individual's registered birth record, an individual, if the individual is of legal age or is married, or the individual's parent or guardian shall submit to the State Registrar or a local registrar:

1.   A written request, in a Department-provided format, that includes:

    a.   The information in subsection (A), including:

        i.   The individual's sex currently in the individual's registered birth record, and

        ii.   The requested change for the individual's sex to be included in the individual's registered birth record;

    b.   The name and mailing address of the individual or the individual's parent or guardian requesting the amendment; and

    c.   An affidavit attesting to the validity of the submitted amendment, signed, as applicable, by:

        i.   The individual;

        ii.   The individual's parent requesting the amendment, whose name is included in the individual's birth record; or

3

    iii.    The individual's guardian;

2.    A written statement on a physician's letterhead paper, signed and dated by the physician, that the individual has:

    a.    Undergone a sex change operation, or

    b.    Had a chromosomal count that establishes the sex of the individual as different from that in the individual's registered birth record;

3.    If the person submitting the request for the amendment to the individual's registered birth record is the individual's guardian, a copy of the court order establishing guardianship, certified by the issuing court; and

4.    The fee in R9-19-105 for a request to amend information in a registered birth record.